IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD BOYEDE OLAJIDE,<br><br>        Defendant.<br>_____/ | No. CR 12-00422 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMOVAL |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Regarding Removal.  The time for objections has passed and none were filed.  Accordingly,

IT IS HEREBY ORDERED that this case is summarily remanded to the Alameda County Superior Court.

Dated: 6/27/2012

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

cc: MagRef; KAW